**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6687

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GARLIN RAYMOND FARRIS, a/k/a G,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:18-cr-00099-RJC-DCK-1)

Submitted:  October 13, 2022                    Decided:  October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Garlin Raymond Farris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garlin Raymond Farris appeals the district court's order denying his Fed. R. Crim. P. 33 motion and a subsequent order denying reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders. *United States v. Farris*, No. 3:18-cr-00099-RJC-DCK-1 (W.D.N.C. May 20, 2022; June 7, 2022).  We deny Farris' motion to remand.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*